Natural Therapy Acupuncture, P.C., as Assignee of CHRISTOPHER ICHEKE, Appellant,
against
American Transit Ins. Co., Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (William A. Viscovich, J.), entered March 14, 2014. The order denied plaintiff's motion for summary judgment and granted defendant's cross motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff moved for summary judgment, and defendant cross-moved for summary judgment dismissing the complaint on the ground that defendant had timely and properly paid plaintiff's claims in accordance with the workers' compensation fee schedule. Plaintiff appeals from an order of the Civil Court denying plaintiff's motion and granting defendant's cross motion. 
Contrary to plaintiff's arguments on appeal, the affidavit of defendant's no-fault examiner, and the exhibits annexed in support of defendant's cross motion, established that defendant had fully paid plaintiff for the services at issue in accordance with the workers' compensation fee schedule (see Great Wall Acupuncture, P.C. v Geico Ins. Co., 26 Misc 3d 23 [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2009]). Plaintiff failed to raise a triable issue of fact in opposition to defendant's cross motion. Consequently, the Civil Court properly granted defendant's cross motion and denied plaintiff's motion.
Accordingly, the order is affirmed. 
Weston, J.P., Pesce and Aliotta, JJ., concur.
Decision Date: March 18, 2016